**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| FIRST MERIT BANK, N.A., ) | CASE NO.  5:12CV2744 |
| SUCCESSOR IN INTEREST BY ) | |
| MERGER TO CITIZENS BANK, ) | JUDGE SARA LIOI |
| SUCCESSOR IN INTEREST BY ) | |
| MERGER TO REPUBLIC BANK, ) | Magistrate Judge George J. Limbert |
| F/K/A REPUBLIC SAVINGS BANK, ) | |
| ) | |
| Plaintiff, ) | **REPORT AND RECOMMENDATION** |
| ) | **OF MAGISTRATE JUDGE** |
| v. ) | |
| ) | |
| MILES & MILES GROUP, INC., et al., ) | |
| ) | |
| Defendants ) | |

This matter is before the undersigned for a report and recommendation on the final application for the payment of fees and expenses for Receiver and his counsel for the period of July 1, 2013 through October 15, 2013 filed on behalf of the Receiver, Brad Goldberg on October 17,2013. ECF Dkt. #63.  The application represents the Receiver's third and final request for fees and expenses.  See ECF Dkt. #48, 53.  No response briefs were filed.

The Receiver requests compensation for his services in the amount of $750.00; and reimbursement of expenses incurred in connection with rendering such services in the amount of $10.81, for a total amount of $760.81. The Receiver further requests compensation for the legal services provided by Taft, Stettinius & Hollister, LLP in the amount of $13,290.00 and reimbursement of expenses incurred in connection with rendering such services in the amount of $190.75, for a total amount of $13,480.75.

Having reviewed the invoices and time sheets submitted in support of the final application, the undersigned finds that amounts billed are reasonable.  Accordingly, the undersigned recommends that the Court sign the proposed order submitted by the Receiver.  ECF Dkt. #63-3 at p. 2.

**IT IS SO ORDERED.**

Dated: November 5, 2013  */s/ George J. Limbert*
**GEORGE J. LIMBERT**
**UNITED STATES MAGISTRATE JUDGE**

ANY OBJECTIONS to this Report and Recommendation must be filed with the Clerk of Court within fourteen (14) days of service of this notice.  Fed. R. Civ. P. 72; L.R. 72.3.  Failure to file objections within the specified time may constitute a WAIVER of the right to appeal the Magistrate Judge's recommendation.  L.R. 72.3(b).